Kevin M. Cuddy (Bar No. 0810062)
Connor R. Smith (Bar No. 1905046)
STOEL RIVES LLP
510 L Street, Suite 500
Anchorage, AK 99501
Telephone: 907.277.1900
Facsimile: 907.277.1920
kevin.cuddy@stoel.com
connor.smith@stoel.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONOCOPHILLIPS ALASKA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALASKA OIL AND GAS CONSERVATION COMMISSION, <br><br> Defendant. | Case No.: 3:22-cv-00121-HRH |

**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), ConocoPhillips Alaska, Inc. states that it is a wholly owned subsidiary of ConocoPhillips Company. ConocoPhillips Company is a Delaware corporation with a principal business address of 925 North Eldridge Parkway, Houston, Texas 77079. ConocoPhillips Company is 100% owned by ConocoPhillips. ConocoPhillips is a publicly traded corporation. ConocoPhillips has no

parent corporation and no publicly held corporation owns 10% or more of ConocoPhillips stock.

DATED: May 13, 2022

STOEL RIVES LLP

By:/s/ Kevin M. Cuddy
Kevin M. Cuddy (Bar No. 0810062)
Connor R. Smith (Bar No. 1905046)

Attorneys for Plaintiff
ConocoPhillips Alaska, Inc.

113661544.1 0028116-00162

*ConocoPhillips Alaska, Inc., v. AOGCC*
Case No. 3:22-cv-00121-HRH        2