# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONOCOPHILLIPS ALASKA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALASKA OIL AND GAS CONSERVATION COMMISSION, <br><br> Defendant. | Case No. 3:22-cv-00121-SLG |

## ORDER RE SCHEDULING AND PLANNING CONFERENCE REPORT

Before the Court at Docket 14 is the parties' *Scheduling and Planning Conference Report* ("Report"). Based on the parties' Report, the Court will not issue a scheduling order at this time; the establishment of any pretrial deadlines will be deferred until the dispositive motions in this matter have been ruled on.

DATED this 16th day of August, 2022, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE