Kevin M. Cuddy (Bar No. 0810062)
Connor R. Smith (Bar No. 1905046)
STOEL RIVES LLP
510 L Street, Suite 500
Anchorage, AK  99501
Telephone: 907.277.1900
Facsimile: 907.277.1920
kevin.cuddy@stoel.com
connor.smith@stoel.com

Attorneys for Plaintiff

STOEL RIVES LLP
510 L Street, Suite 500, Anchorage, AK 99501
Main (907) 277-1900 Fax (907) 277-1920

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONOCOPHILLIPS ALASKA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALASKA OIL AND GAS CONSERVATION COMMISSION, <br><br> Defendant. | Case No.: 3:22-cv-00121-SLG |

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(f), plaintiff ConocoPhillips Alaska, Inc. ("CPAI"), requests oral argument on AOGCC's motion to dismiss (Dkt. #8). The parties are actively briefing CPAI's motion for partial summary judgment (Dkt. #12). Given the similarity between the legal issues in both motions, CPAI recommends that oral argument be scheduled on both motions at the same time.

*ConocoPhillips Alaska, Inc., v. AOGCC.*
Case No. 3:22-cv-00121-SLG            1

STOEL RIVES LLP
510 L Street, Suite 500, Anchorage, AK 99501
*Main (907) 277-1900 Fax (907) 277-1920*

DATED: August 24, 2022          STOEL RIVES LLP

            By:/s/ Kevin M. Cuddy
              Kevin M. Cuddy (Bar No. 0810062)
              Connor R. Smith (Bar No. 1905046)

## CERTIFICATE OF SERVICE

  I hereby certify that on August 24, 2022, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court, District of Alaska, by using the CM/ECF system. Participants in this Case No. 3:22-cv-00121-SLG, who are registered CM/ECF users, will be served by the CM/ECF system.

Zjok T. Durst, Assistant Attorney General
Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, AK 99501
Zjok.durst@alaska.gov

Mary Gramling, Chief
Attorney General's Office
Oil and Gas Section
P.O. Box 110300
Juneau, AK 99811
Mary.gramling@alaska.gov

*Attorneys for Defendant AOGCC*

/s/ Kevin M. Cuddy
Kevin M. Cuddy

116512231.1 0028116-00162

*ConocoPhillips Alaska, Inc., v. AOGCC.*
Case No. 3:22-cv-00121-SLG    2