IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONOCOPHILLIPS ALASKA, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALASKA OIL AND GAS<br>CONSERVATION COMMISSION,<br><br>　　　　　Defendant. | Case No. 3:22-cv-00121-SLG |

**ORDER DIRECTING ENTRY OF FINAL JUDGMENT**

In the *Order Re Initial Scheduling & Planning Conference Report* at Docket 40, the Court requested that the parties inform the Court if any additional determinations were required in this action before the entry of a final judgment. In the *Notice Regarding Scheduling and Planning Conference Report* at Docket 43, the parties confirmed that no additional determinations need to be made. Accordingly, this case is DISMISSED. Pursuant to Federal Rule of Civil Procedure 58, the Clerk of Court shall issue a final judgment in favor of plaintiff, ConocoPhillips, Alaska, Inc.

DATED this 23rd day of June, 2023, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　*/s/ Sharon L. Gleason*
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE