# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| CONOCOPHILLIPS ALASKA, INC.<br>*Plaintiff*<br>v.<br>ALASKA OIL AND GAS CONSERVATION COMMISSION<br>*Defendant* | Civil Action No. 3:22-cv-00121-SLG |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT judgment is entered in favor of the Plaintiff, ConocoPhillips Alaska, Inc., pursuant to Fed.R.Civ.P.58.

APPROVED:

**s/Sharon L. Gleason**
Sharon L. Gleason
United States District Judge

**Brian D. Karth**
Brian D. Karth
Clerk of Court

Date: June 26, 2023

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*